

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00204-CV

**ROMA INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

Noelia M. **GUILLEN**, Raul Moreno, Dagoberto Salinas, and Tony Saenz,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-13-64
David Wellington Chew, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  June 26, 2013

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM